No. 68813. Agency Tile Supply Corp. v. United States, protest 60/21791 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "sample glass tiles used in the United States for soliciting orders," the claim of the plaintiff was sustained. *Swissedent International et al.* v. *United States* (47 Cust. Ct. 174, C.D. 2298), followed.

BEFORE THE SECOND DIVISION, OCTOBER 7, 1964

No. 68814.—Magnesium Elektron, Inc. v. United States, protests 63/13587, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

OCTOBER 6, 1964

No. 68815.—Allied Chemical Corp., National Aniline Division, and Alltransport, Inc., et al. v. United States, protests 61/1772, etc.— 

—Abstract 68680. Motion of Government for rehearing granted.